■ In the Matter of the Accounting of JOSEPH P. GRACE, JR., et al., as Executors of JOSEPH P. GRACE, Deceased. MICHAEL P. GRACE, II, Individually and as Executor of JOSEPH P. GRACE, Deceased, Appellant; JOSEPH P. GRACE, JR., et al., as Executors of JOSEPH P. GRACE, Deceased, et al., Respondents.—Appeal from an order of the Surrogate's Court, Nassau County, permitting the accounts filed by the respondents Grace, appellant's coexecutors, to be amended by eliminating therefrom the value of a certain mahogany breakfront as an item of personal property of the decedent's estate, and determining that said breakfront had been given as a gift by the decedent in his lifetime to respondent Joseph P. Grace, Jr. Order unanimously affirmed, with one bill of costs, payable by appellant personally to respondents. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of HENDRICKSON BROS., INC., Appellant. AUDLEY C. WYNKOOP, Respondent.— Order denying an application to discharge of record a lien, pursuant to subdivision 7 of section 21 of the Lien Law, affirmed, without costs. The notice of lien was not invalid on its face. (See *Wynkoop* v. *People*, 1 A D 2d 620.) Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ In the Matter of the Construction of the Will of ROMEO MARTORELLA, Deceased. JOHN MARTORELLA et al., Appellants; RALPH MARTORELLA et al., Individually and as Executors and Trustees under the Will of ROMEO MARTORELLA, Deceased, et al., Respondents.— Appeal from a decree of the Surrogate's Court, Queens County, which, *inter alia*, holds that the trust erected in paragraph "Fourth" of the will herein does not suspend the absolute power of alienation and absolute ownership for more than two lives in being at the time of the testator's death (Personal Property Law, § 11; Real Property Law, § 42). Decree, insofar as appealed from, unanimously affirmed, with costs to all parties filing separate briefs, payable out of the estate. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.